1  Kirk D. Miller
2  *Kirk D. Miller, P.S.*
   211 E. Sprague Ave.
3  Spokane, WA 99202
   (509) 413-1494
4  kmiller@millerlawspokane.com
5
   Michael D. Kinkley
6  Scott M. Kinkley
7  *Michael D. Kinkley, P.S.*
   4407 N. Division Suite 914
8  Spokane, WA 99207
9  mkinkley@qwestoffice.net
   skinkley@qwestoffice.net
10

11              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF WASHINGTON
12

13 | ANDREW MARSHALL and all other  )
   | similarly situated,            ) Case No.: CV-11-022-RMP
14 |                                )
   |         Plaintiff,             )
15 |                                ) NOTE FOR HEARING ON
   |      v.                        ) PLAINTIFF'S MOTION FOR ENTRY
16 |                                ) OF THE STIPULATED PROTECTIVE
   | BONDED ADJUSTMENT              ) ORDER
17 | COMPANY, a Washington          )
   | Corporation, and SPOKANE       )
18 | EMERGENCY PHYSICIANS, P.S., a  )
19 | Washington Corporation,        )
   |                                )
20 |         Defendants.            )
21 |                                )
   |                                )
22 |_____)

23  TO:   The Clerk of the Court;
24
    TO:   Defendant Bonded Adjustment Company, and to your attorney Jeffrey I.
25        Hasson of *Davenport & Hasson, LLP*; and

NOTE FOR HEARING  -1-                         MICHAEL D. KINKLEY P.S.
                                                  4407 N. Division, Suite 914
                                                  Spokane Washington 99207
                                                        (509) 484-5611

1  TO:  Defendant Spokane Emergency Physicians, Inc, and your attorneys Troy Y.
2      Nelson and Thomas W. McLane of *Randall | Danskin, P.S.*

3  PLEASE TAKE NOTICE that a hearing regarding Plaintiff's Motion for

4  Entry of the Stipulated Protective Order will be held on April 4, 2011 at 6:30 p.m.,

5
6  before Judge Rosanna M. Peterson, without oral argument.

7  Dated this the 1st day of April, 2011.

8
9                           *Michael D. Kinkley P.S.*

10
11                      s/Scott M. Kinkley
                    Scott M. Kinkley
12                     WSBA # 42434
                    Attorney for Plaintiff
13                     4407 N. Division, Suite 914
                    Spokane, WA 99207
14                     (509) 484-5611
                    skinkley@qwestoffice.net

15
16
17
18
19
20
21
22
23
24
25

CM/ECF CERIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; pwittry@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com; |
| Jeffrey I. Hasson | hasson@dhlaw.biz; |
| Troy Y. Nelson | tyn@randalldanskin.com; |
| Thomas W. McLane | twm@randalldanskin.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net