1  Kirk D. Miller
2  *Kirk D. Miller, P.S.*
   211 E. Sprague Ave.
3  Spokane, WA 99202
   (509) 413-1494
4  kmiller@millerlawspokane.com
5
6  Michael D. Kinkley
   Scott M. Kinkley
7  *Michael D. Kinkley, P.S.*
   4407 N. Division Suite 914
8  Spokane, WA 99207
9  mkinkley@qwestoffice.net
   skinkley@qwestoffice.net
10

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW MARSHALL and all other similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>BONDED ADJUSTMENT COMPANY, a Washington Corporation, and SPOKANE EMERGENCY PHYSICIANS, P.S., a Washington Corporation,<br><br>   Defendants. | Case No.: CV-11-022-RMP<br><br>STIPULATION TO ENTRY OF PROPOSED PROTECTIVE ORDER |

The parties hereby stipulate to entry of the proposed Protective Order.

---

STIPULATION TO ENTRY OF PROPOSED
PROTECTIVE ORDER -1-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

Dated this the 1st day of April, 2011.

| | |
|---|---|
| *Michael D. Kinkley, P.S.* | *Kirk D. Miller, P.S.* |
| s/Michael D. Kinkley<br>Michael D. Kinkley<br>WSBA # 11624<br>Attorney for Plaintiffs | s/ Kirk D. Miller<br>Kirk D. Miller<br>WSBA #40025<br>Attorney for Plaintiffs |
| *Michael D. Kinkley, P.S.* | Davenport & Hasson, LLP |
| s/Scott M. Kinkley<br>Scott M. Kinkley<br>WSBA # 42434<br>Attorney for Plaintiffs | s/ Jeffrey I. Hasson<br>Jeffrey I. Hasson<br>WSBA # 23741<br>12707 NE Halsey St.<br>Portland, OR 97230<br>(503) 255-5352<br>Attorney for Defendant Bonded |

Randall | Danskin, P.S.

s/ Troy Y. Nelson
Troy Y. Nelson
WSBA # 27274
601 W. Riverside Ave, Suite 1500
Spokane, WA 99201
(509) 747-2052
Attorney for Defendant SEP

STIPULATION TO ENTRY OF PROPOSED
PROTECTIVE ORDER -2-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

CM/ECF CERIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; pwittry@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com; |
| Jeffrey I. Hasson | hasson@dhlaw.biz; |
| Troy Y. Nelson | tyn@randalldanskin.com; |
| Thomas W. McLane | twm@randalldanskin.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net