1  Kirk D. Miller
2  *Kirk D. Miller, P.S.*
   211 E. Sprague Ave.
3  Spokane, WA 99202
   (509) 413-1494
4  kmiller@millerlawspokane.com

5
   Michael D. Kinkley
6  Scott M. Kinkley
   *Michael D. Kinkley, P.S.*
7  4407 N. Division Suite 914
   Spokane, WA 99207
8
   mkinkley@qwestoffice.net
9  skinkley@qwestoffice.net

10
                    UNITED STATES DISTRICT COURT
11              FOR THE EASTERN DISTRICT OF WASHINGTON

12

13 ANDREW MARSHALL and all other   )
   similarly situated,             ) Case No.: CV-11-022-RMP
14                                 )
              Plaintiff,           )
15                                 ) NOTE FOR HEARING ON
                                   ) PLAINTIFF'S MOTION FOR
         v.                        ) EXPEDITED HEARING ON
16                                 ) PLAINTIFF'S MOTION FOR ENTRY
17 BONDED ADJUSTMENT               ) OF THE STIPULATED PROTECTIVE
   COMPANY, a Washington           ) ORDER
18 Corporation, and SPOKANE        )
   EMERGENCY PHYSICIANS, P.S., a   )
19 Washington Corporation,         ) To Be Heard: April 4, 2011 (Without
                                   ) Oral Argument)
20                                 )
              Defendants.          )
21                                 )
                                   )
22 ─────────────────────────────────)

23 TO:   The Clerk of the Court;

24
   TO:   Defendant Bonded Adjustment Company, and to your attorney Jeffery I.
25         Hasson of *Davenport & Hasson, LLP*; and

---

NOTE FOR HEARING – MOTION FOR                          MICHAEL D. KINKLEY P.S.
EXPEDITED HEARING ON PLAINTIFF'S                        4407 N. Division, Suite 914
MOTION TO RESET DEFENDANTS'                             Spokane Washington 99207
HEARING ON SUMMARY JUDGMENT   -1-                              (509) 484-5611

1  TO:   Defendant Spokane Emergency Physicians, Inc, and your attorneys Troy Y.
2         Nelson and Thomas W. McLane of *Randall | Danskin, P.S.*

3  PLEASE TAKE NOTICE that a hearing regarding Plaintiff's Motion to

4  Expedite the hearing on Plaintiff's Motion for Entry of the Stipulated Protective

5

6  Order will be held on April 4, 2011 at 6:30 p.m., before Judge Rosanna M.

7  Peterson, without oral argument.

8  Dated this the 1st day of April, 2011.

9

10                                        *Michael D. Kinkley P.S.*

11
                                          s/Scott M. Kinkley
12                                        Scott M. Kinkley
                                          WSBA # 42434
13                                        Attorney for Plaintiff
                                          4407 N. Division, Suite 914
14                                        Spokane, WA 99207
                                          (509) 484-5611
15                                        skinkley@qwestoffice.net

16

17

18

19

20

21

22

23

24

25

NOTE FOR HEARING – MOTION FOR
EXPEDITED HEARING ON PLAINTIFF'S
MOTION TO RESET DEFENDANTS'
HEARING ON SUMMARY JUDGMENT  -2-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

CM/ECF CERIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| | pwittry@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com; |
| Jeffrey I. Hasson | hasson@dhlaw.biz; |
| Troy Y. Nelson | tyn@randalldanskin.com; |
| Thomas W. McLane | twm@randalldanskin.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net

NOTE FOR HEARING – MOTION FOR EXPEDITED HEARING ON PLAINTIFF'S MOTION TO RESET DEFENDANTS' HEARING ON SUMMARY JUDGMENT  -3-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611