Kirk D. Miller
*Kirk D. Miller, P.S.*
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

Michael D. Kinkley
Scott M. Kinkley
*Michael D. Kinkley, P.S.*
4407 N. Division Suite 914
Spokane, WA 99207
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

ANDREW MARSHALL and all other similarly situated,

    Plaintiff,

v.

BONDED ADJUSTMENT COMPANY, a Washington Corporation, and SPOKANE EMERGENCY PHYSICIANS, P.S., a Washington Corporation,

    Defendants.

Case No.: CV-11-022-RMP

MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING ON PLAINTIFF'S MOTION FOR ENTRY OF THE STIPULATED PROTECTIVE ORDER

To be heard: April 4, 2011
(Without Oral Argument)

    The parties have agreed to the entry of a stipulated protective order. The hearing on Plaintiff's Motion for Entry of the Stipulated Protective should be expedited to prevent any interruption in the flow of discovery.

1  Therefore, good cause exists to hear Plaintiff's Motion to Reset Hearing on
2  April 4, 2011, at 6:30 p.m. pursuant Local Rule 7.1(h)(2)(d).
3
4  Dated this the 1st day of April, 2011.
5
6  *Michael D. Kinkley P.S.*
7
   s/Scott M. Kinkley
8  Scott M. Kinkley
   WSBA # 42434
9  Attorney for Plaintiffs
   4407 N. Division, Suite 914
10 Spokane, WA 99207
   (509) 484-5611
11 skinkley@qwestoffice.net

CM/ECF CERIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; pwittry@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com; |
| Jeffrey I. Hasson | hasson@dhlaw.biz; |
| Troy Y. Nelson | tyn@randalldanskin.com; |
| Thomas W. McLane | twm@randalldanskin.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net