Kirk D. Miller
*Kirk D. Miller, P.S.*
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

Michael D. Kinkley
Scott M. Kinkley
*Michael D. Kinkley, P.S.*
4407 N. Division Suite 914
Spokane, WA 99207
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW MARSHALL and all other similarly situated, <br>                     Plaintiff, <br><br>                v. <br><br> BONDED ADJUSTMENT COMPANY, a Washington Corporation, and SPOKANE EMERGENCY PHYSICIANS, P.S., a Washington Corporation, <br><br>                 Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: CV-11-022-RMP <br><br> PLAINTIFF AND DEFENDANT SPOKANE EMERGENCY PHYSICIANS' JOINT MOTION TO CONTINUE THE MAY 7, 2012 TRIAL DATE, SET A SCHEDULING CONFERENCE HEARING AND ENTER A NEW SCHEDULING ORDER |

     Plaintiff and Defendant Spokane Emergency Physicians respectfully requests that the Court continue the May 7, 2012 trial date, set a scheduling conference hearing, and enter an amended Scheduling Order.

PLAINTIFF AND DEFENDANT SPOKANE
EMERGENCY PHYSICIANS' JOINT
MOTION TO CONTINUE THE MAY 7, 2012
TRIAL DATE, SET A SCHEDULING
CONFERENCE HEARING AND ENTER A
NEW SCHEDULING ORDER  -1

MICHAEL D. KINKLEY, P.S.
4407 N. Division Suite 914
Spokane, WA 99207
(509) 484-5611

This Motion is based on the Memorandum in Support of Motion to Continue Trial Date, Set a Scheduling Conference Hearing, and Enter a New Scheduling Order, Plaintiff and Defendant Spokane Emergency Physicians' Amended Joint Certificate of Counsel, and the files and records herein.

Dated this the 29th day of June, 2011.

*Michael D. Kinkley, P.S.*

s/Michael D. Kinkley
    Michael D. Kinkley
    WSBA # 11624
    Attorney for Plaintiff

Randall | Danskin, P.S.

s/Troy Y. Nelson
Troy Y. Nelson
WSBA # 27274
601 W. Riverside Ave, Suite 1500
Spokane, WA 99201
(509) 747-2052
Attorney for Defendant SEP

*Michael D. Kinkley, P.S.*

s/Scott M. Kinkley
    Scott M. Kinkley
    WSBA # 42434
    Attorney for Plaintiff

*Kirk D. Miller, P.S.*

s/Kirk D. Miller
    Kirk D. Miller
    WSBA # 40025
    Attorney for Plaintiff

PLAINTIFF AND DEFENDANT SPOKANE
EMERGENCY PHYSICIANS' JOINT
MOTION TO CONTINUE THE MAY 7, 2012
TRIAL DATE, SET A SCHEDULING
CONFERENCE HEARING AND ENTER A
NEW SCHEDULING ORDER  -2

MICHAEL D. KINKLEY, P.S.
4407 N. Division Suite 914
Spokane, WA 99207
(509) 484-5611

CM/ECF CERIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net; |
| | pwittry@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Kirk D. Miller | kmiller@millerlawspokane.com; |
| Jeffrey I. Hasson | hasson@dhlaw.biz; |
| Troy Y. Nelson | tyn@randalldanskin.com; |
| Thomas W. McLane | twm@randalldanskin.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net

PLAINTIFF AND DEFENDANT SPOKANE
EMERGENCY PHYSICIANS' JOINT
MOTION TO CONTINUE THE MAY 7, 2012
TRIAL DATE, SET A SCHEDULING
CONFERENCE HEARING AND ENTER A
NEW SCHEDULING ORDER  -3

MICHAEL D. KINKLEY, P.S.
4407 N. Division Suite 914
Spokane, WA 99207
(509) 484-5611