Kirk D. Miller
*Kirk D. Miller, P.S.*
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

Michael D. Kinkley
Scott M. Kinkley
*Michael D. Kinkley, P.S.*
4407 N. Division Suite 914
Spokane, WA 99207
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW MARSHALL and all other similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BONDED ADJUSTMENT COMPANY, a Washington Corporation, and SPOKANE EMERGENCY PHYSICIANS, P.S., a Washington Corporation,<br><br>    Defendants. | Case No.: CV-11-022-RMP<br><br>PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF AND DEFENDANT SPOKANE EMERGENCY PHYSICIANS' JOINT MOTION TO CONTINUE THE MAY 7, 2012 TRIAL DATE, SET A SCHEDULING CONFERENCE HEARING AND ENTER A NEW SCHEDULING ORDER |

  On April 14, 2011, a scheduling conference hearing was held. Attorney for

Defendant Bonded Adjustment Company Jeffrey Hasson failed to appear.

However, Mr. Hasson had agreed to the Joint Certificate filed with the Court. (ECF

PLAINTIFF'S MEMORANDUM IN
SUPPORT OF MOTION FOR
CONTINUANCE -1

MICHAEL D. KINKLEY, P.S.
4407 N. Division Suite 914
Spokane, WA 99207
(509) 484-5611

No. 15). No party had requested bifurcation of the Discovery. Plaintiff immediately sent discovery after the FRCP 26(f) conference as allowed by the rules. Fed. Rule Civil Procedure, Rule 26(f). Defendant has refused to answer the discovery.

First Bonded obtained a Protective Order on expedited review, allowing Bonded more time to answer (based on a claim that a vacation interfered with counsel's inability to comply with the time limits in the Federal Rules of Procedure). Then instead of answering, Bonded filed another Motion for Protective Order to avoid answering (set for July 1 without oral argument). ECF No. 41.

*Wal-Mart Stores, Inc. v. Dukes,* --- S.Ct. ----, 2011 WL 2437013 U.S., 2011 makes clear the need for discovery since some factual basis for class certification must now be shown. This newly announced standard ends any claims for bifurcation of discovery in a class case. Mr. Hasson refused to consider participating in preparing a new Joint Certificate regarding scheduling and will not agree to a continuance of any deadline of more than ninety (90) days. Bonded still has not answered the discovery and still does not seek bifurcation. The refusal to respond to discovery is a tactic to make the class certification deadline (July 31, 2011, ECF No. 26, p. 3) impossible to meet and otherwise frustrate Plaintiff's orderly prosecution of their case.

PLAINTIFF'S MEMORANDUM IN
SUPPORT OF MOTION FOR
CONTINUANCE -2

MICHAEL D. KINKLEY, P.S.
4407 N. Division Suite 914
Spokane, WA 99207
(509) 484-5611

Spokane Emergency Physicians is diligently working through (running searches) (approximately 12,000 electronic pages related to 290,000 patients) the records to identify persons who may meet the putative class definition in response to Plaintiff's Requests for Production. Plaintiff agreed that since Defendant is communicating and diligently attempting to properly respond more time to respond is appropriate.

Under the current trial schedule, the Plaintiff must file for class certification no later than July 31, 2011. That deadline is no longer possible[1] and will need to be extended. An extension of the class certification deadline impacts other deadlines

---

[1]Without the class discovery, it is not practicable to move for class certification. *Wal-Mart Stores, Inc. v. Dukes*. On April 1, 2011, the Plaintiff served Defendant BAC with written discovery related to the class elements numerosity, typicality and commonality. Fed. R. Civ. P. 23. On April 26, 2011 BAC made an expedited motion for an extension of time to answer the discovery. ECF No. 27. On May 4, 2011, the Court granted BAC extension of time to answer and ordered BAC to answer by May 31, 2011. ECF No. 36. On May 31, 2011, BAC did not answer the class discovery, but instead moved for a Protective Order. The Court is set to hear that motion on July 1, 2011.

PLAINTIFF'S MEMORANDUM IN
SUPPORT OF MOTION FOR
CONTINUANCE -3

MICHAEL D. KINKLEY, P.S.
4407 N. Division Suite 914
Spokane, WA 99207
(509) 484-5611

requiring additional extensions. Rather than deal with each extension in a piecemeal fashion, judicial economy, and fairness requires resetting the trial date and entering a new scheduling order.

Plaintiff and Defendant Spokane Emergency Physicians filed an Amended Joint Certification requesting a trial date in the last two weeks of October 2012, with a new class certification deadline of December 31, 2011. The parties agree that the Court's usual trial schedule is otherwise appropriate based on a trial date of later in October 2012. Plaintiff and Defendant Spokane Emergency Physicians request a second scheduling conference.

Dated this the 29th day of June, 2011.

*Michael D. Kinkley, P.S.*

s/Michael D. Kinkley
   Michael D. Kinkley
   WSBA # 11624
   Attorney for Plaintiffs

*Michael D. Kinkley, P.S.*

s/Scott M. Kinkley
   Scott M. Kinkley
   WSBA # 42434
   Attorney for Plaintiffs

*Kirk D. Miller, P.S.*

s/Kirk D. Miller
   Kirk D. Miller
   WSBA # 40025
   Attorney for Plaintiffs

PLAINTIFF'S MEMORANDUM IN
SUPPORT OF MOTION FOR
CONTINUANCE -4

MICHAEL D. KINKLEY, P.S.
4407 N. Division Suite 914
Spokane, WA 99207
(509) 484-5611

CM/ECF CERIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Michael D. Kinkley    mkinkley@qwestoffice.net, pleadings@qwestoffice.net; pwittry@qwestoffice.net;

Scott M. Kinkley    skinkley@qwestoffice.net;

Kirk D. Miller    kmiller@millerlawspokane.com;

Jeffrey I. Hasson    hasson@dhlaw.biz;

Troy Y. Nelson    tyn@randalldanskin.com;

Thomas W. McLane    twm@randalldanskin.com

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley

Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net